UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIANG ZHANG,

        Petitioner,

    v.

FIELD OFFICE DIRECTOR, ENFORCEMENT & REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE, IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,

        Respondents.

No.  1:26-cv-01862-DAD-DMC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 1, 9)

Petitioner Liang Zhang is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 9.)  Specifically, the magistrate judge found that petitioner received a final order of removal in 2013, was granted withholding of removal, and that petitioner was re-detained in violation of the Department of Homeland Security's regulations.  (*Id.* at 2–3.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 4.)  On April 24, 2026, respondents

1

filed their objections to the pending findings and recommendations. (Doc. No. 10.) Respondents submit that they have already released petitioner and accordingly contend that the petition has been rendered moot. (*Id.* at 1–2.) Specifically, respondents argue that petitioner has not specifically identified collateral consequences that could be remedied through habeas relief beyond his immediate release. (*Id.*) In this regard, the court finds petitioner's request that the court grant "any other and further relief that this Court deems just and proper" to be sufficiently specific to permit this court to enter injunctive relief preventing petitioner's wrongful re-detention, particularly in light of his previous unlawful detention for multiple months. (Doc. No. 1 at 13.) Accordingly, the court rejects respondents' objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.  The findings and recommendations issued on April 20, 2026 (Doc. No. 9) are ADOPTED IN FULL;

2.  Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.  Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, with the procedure for such hearing set in compliance with 8 U.S.C. § 1231 and its implementing regulations; and

3.  The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:  **May 26, 2026**  

DALE A. DROZD  
UNITED STATES DISTRICT JUDGE

2